**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | RPE Contracting, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FDBA  Rivers Plumbing & Electric, Inc |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 62-1080823 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **514 7th Ave S** <br> **North Myrtle Beach, SC 29582** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Horry** <br> County | **Location of principal assets, if different from principal place of business** <br> **122 E Laurel Street Mullins, SC 29574** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **RPE Contracting, Inc.** _____    Case number (*if known*) _____
     Name

**7.**   **Describe debtor's business**

    A. *Check one:*

     ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

     ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

     ☐ Railroad (as defined in 11 U.S.C. § 101(44))

     ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

     ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

     ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

     ☒ None of the above

    B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.

       **2382**

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☒ Chapter 7

    ☐ Chapter 9

    ☐ Chapter 11. *Check **all** that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ☒ No.
    ☐ Yes.

    District _____  When _____  Case number _____
    District _____  When _____  Case number _____

---

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

---

Debtor __**RPE Contracting, Inc.**_____    Case number *(if known)* _____
       Name

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | | |
|---|---|---|---|
| District | _____ | When | _____ |

Relationship _____
Case number, if known _____

**11.** **Why is the case filed in**
    **this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**
    **have possession of any**
    **real property or personal**
    **property that needs**
    **immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

███ **Statistical and administrative information**

**13.** **Debtor's estimation of**
    **available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**
    **creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **RPE Contracting, Inc.**           Case number (*if known*) _____
Name

---

■    **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 18, 2024**
                MM / DD / YYYY

*X* **/s/ Michael Scott Rivers, President**         **Michael Scott Rivers, President**
Signature of authorized representative of debtor         Printed name

Title    **President**

---

**18. Signature of attorney**

*X* **/s/ Jackson Turner-Vaught**         Date   **September 18, 2024**
Signature of attorney for debtor                 MM / DD / YYYY

**Jackson Turner-Vaught (Dist. Ct. ID #9411)**
Printed name

**Turner Vaught Bankruptcy, LLC**
Firm name

**9261 Highway 707**
**Suite H**
**Myrtle Beach, SC 29588**
Number, Street, City, State & ZIP Code

Contact phone   **(843) 839-2580**        Email address   **bankruptcy@turnervaught.com**

**71162 SC**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **RPE Contracting, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 18, 2024**          X **/s/ Michael Scott Rivers, President**
                                              Signature of individual signing on behalf of debtor

                                              **Michael Scott Rivers, President**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name **RPE Contracting, Inc.**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $ 9,507,402.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $ 9,507,402.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 700,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 3,651,336.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 12,703,782.00

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b                                                                                   $ 17,055,118.00

**Fill in this information to identify the case:**

Debtor name __**RPE Contracting, Inc.**__

United States Bankruptcy Court for the:  __DISTRICT OF SOUTH CAROLINA__

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| | **Anderson Brothers Bank** | | | |
| 3.1. | **Subject to SCDOR Levy** | **Checking** | 2829 | **Unknown** |
| | **First Bank Operating Account** | | | |
| 3.2. | **Negative Bank Balance $324.00** | **Checking** | 5305 | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $0.00 |
|---|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **RPE Contracting, Inc.**                                    Case number *(If known)* _____
_____
Name

| 11a. 90 days old or less: | **1,300,000.00** | - | **0.00** | = .... | **$1,300,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **7,181,402.00** | - | **0.00** | =.... | **$7,181,402.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$8,481,402.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Supplies** | **Unknown** | **Unknown** | **Liquidation** | **$6,000.00** |

| 23. | **Total of Part 5.** | **$6,000.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **RPE Contracting, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Mullins - Office Supplies & Equipment** | **Unknown** | **Liquidation** | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Software**<br>**Cost $8,921**<br>**Stolen by former employees** | **$8,921.00** | **N/A** | **Unknown** |
| | **Laptops & iPads** | **Unknown** | **Liquidation** | **$2,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | **$3,000.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| Debtor | **RPE Contracting, Inc.** | | Case number *(if known)* | |
| | <sub>Name</sub> | | | |

| **Equipment - Sheet Metal Equipment** | **$1,000,000.00** | **Comparable sale** | **$1,000,000.00** |

---

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | **$1,000,000.00** |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)
    **Enterprise**    17,000.00  -    0.00  =

    | Total face amount | doubtful or uncollectible amount | |
    |---|---|---|

    **Note Receivable for vehicle sales**    $17,000.00

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **RPE Contracting, Inc.**                                        Case number *(If known)* _____
          <sub>Name</sub>

78.    **Total of Part 11.**                                                                    | **$17,000.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **RPE Contracting, Inc.** _____   Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,481,402.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,000,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $17,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,507,402.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,507,402.00 |

**Fill in this information to identify the case:**

Debtor name    **RPE Contracting, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Balboa Capital**<br>Creditor's Name<br>**Attn: Bankruptcy**<br>**575 Anton Blvd Ste 1080**<br>**Costa Mesa, CA 92626**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Equipment - Sheet Metal Equipment** | **$700,000.00** | **$1,000,000.00** |

Describe the lien _____

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$700,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**RPE Contracting, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF SOUTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|  | **Brallan Alonzo** **c/o Hatfield Temple Law, LLC** **PO Box 1770** **Florence, SC 29503-1770** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
|  | Date or dates debt was incurred **02/19/2024** | Basis for the claim: **Employment - Judgment** | | |
|  | Last 4 digits of account number __**0418**__ | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|  | **Brett Crowley** **c/o Hatfield Temple Law, LLC** **PO Box 1770** **Florence, SC 29503-1770** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
|  | Date or dates debt was incurred **02/19/2024** | Basis for the claim: **Employment - Judgment** | | |
|  | Last 4 digits of account number __**0418**__ | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **RPE Contracting, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cesar Sarmiento**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Charles Hipp**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christopher Hudson**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Danny Chavis**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **RPE Contracting, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Derek Scott**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$253,886.00** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/31/2023**

Basis for the claim:
**Withholding**

Last 4 digits of account number **0823**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$232,103.00** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/30/2023**

Basis for the claim:
**Withholding**

Last 4 digits of account number **0823**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$206,586.00** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/30/2023**

Basis for the claim:
**Withholding**

Last 4 digits of account number **0823**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **RPE Contracting, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**James Gillivan**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jason Hoffman**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jean Marcano**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jeffrey Poston**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **RPE Contracting, Inc.**
_____    Case number (if known) _____
          Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Jimmy Johnson**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Joe Guerrero**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**John Bianchini**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Jordan Faulk**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | | |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joseph Austin**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joseph Pennington**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kevin Dietzman**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Landin Campbell**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **RPE Contracting, Inc.**
_____    Case number *(if known)* _____
Name

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Larry Parker**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Lashawn Brantley**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Lonnie Freeman**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/14/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Manuel Chavarria**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **RPE Contracting, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,482.00 | Unknown |
|---|---|---|---|---|

**NC Dept of Commerce**
**Po Box 25903**
**Raleigh, NC 27611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2022**

Basis for the claim:
**Taxes**

Last 4 digits of account number **0979**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Patricia Barnes**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Randall Kirby Jr.**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Richard James**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **RPE Contracting, Inc.**
_____
Name

Case number (if known) _____

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Roger Ross**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Sarah Gravelle**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,926,337.00 | Unknown |

**SCDEW**
**PO Box 995**
**Columbia, SC 29202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2023**

Basis for the claim:
**Employment - Taxes**

Last 4 digits of account number **0559**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Sidney Dove**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123,169.00** | **Unknown** |
|---|---|---|---|---|

**South Carolina Department of Revenue**
**Office of the General Counsel**
**Bankruptcy Section**
**300A Outlet Pointe Blvd**
**Columbia, SC 29210-5666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/30/2023**

Basis for the claim:
**Employment - Withholding**

Last 4 digits of account number **0201**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136,675.00** | **Unknown** |
|---|---|---|---|---|

**South Carolina Department of Revenue**
**Office of the General Counsel**
**Bankruptcy Section**
**300A Outlet Pointe Blvd**
**Columbia, SC 29210-5666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/30/2023**

Basis for the claim:
**Employment - Withholding**

Last 4 digits of account number **0201**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,633.00** | **Unknown** |
|---|---|---|---|---|

**South Carolina Department of Revenue**
**Office of the General Counsel**
**Bankruptcy Section**
**300A Outlet Pointe Blvd**
**Columbia, SC 29210-5666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/31/2023**

Basis for the claim:
**Employment - Withholding**

Last 4 digits of account number **0201**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131,976.00** | **Unknown** |
|---|---|---|---|---|

**South Carolina Department of Revenue**
**Office of the General Counsel**
**Bankruptcy Section**
**300A Outlet Pointe Blvd**
**Columbia, SC 29210-5666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2022**

Basis for the claim:
**Employment - Withholding**

Last 4 digits of account number **0201**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

Debtor    **RPE Contracting, Inc.**
_____
Name                                                    Case number (if known) _____

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,747.00 | Unknown |

**South Carolina Department of Revenue**
**Office of the General Counsel**
**Bankruptcy Section**
**300A Outlet Pointe Blvd**
**Columbia, SC 29210-5666**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/31/2023**

Basis for the claim:
**Employment - Employee Levy**

Last 4 digits of account number **1063**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536,742.00 | Unknown |

**South Carolina Department of Revenue**
**Office of the General Counsel**
**Bankruptcy Section**
**300A Outlet Pointe Blvd**
**Columbia, SC 29210-5666**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2023**

Basis for the claim:
**Employment - SIT**

Last 4 digits of account number **0197**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Stephen McKnight**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Terrence Myers**
**c/o Hatfield Temple Law, LLC**
**PO Box 1770**
**Florence, SC 29503-1770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **RPE Contracting, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**William Barfield
c/o Hatfield Temple Law, LLC
PO Box 1770
Florence, SC 29503-1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**William Emery
c/o Hatfield Temple Law, LLC
PO Box 1770
Florence, SC 29503-1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/19/2024**

Basis for the claim:
**Employment - Judgment**

Last 4 digits of account number **0418**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,999.00** |

**A to Z Equipment Rentals
5556 Carolina Beach Rd
Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **1879**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AAA Firestop Inc
14039 Hwy 74 E Ste A6278
Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/04/2022**

Basis for the claim: **Former Lawsuit**

Last 4 digits of account number  **4934**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,780.00** |
|---|---|---|---|

**ABM Industries Inc
105 Corporate Drive Suite A
Spartanburg, SC 29303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number  **1757**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **RPE Contracting, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,491.00**

**Advanced Water Systems SENC, Inc**
**6331 Carolina Beach Rd Ste 1**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2988**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315.00**

**AEF Consulting Inc**
**37 Libby Ave**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2491**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,723.00**

**Airgas National Welders**
**1434 N Cashua Dr**
**Florence, SC 29501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0205**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,450.00**

**AJ's Electrical Testing LLC DBA Southern**
**4522 Appleton Ave**
**Jacksonville, FL 32210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3012**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,436.00**

**American Express**
**PO Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **2489**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249,750.00**

**American Stainless & Supply**
**c/o John Kelchner**
**PO Box 1473**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/16/2024**

Basis for the claim:  **Pending**

Last 4 digits of account number  **0313**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$263,786.00**

**American Stainless LLC**
**815 State Road**
**Cheraw, SC 29520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RPE Contracting, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,487.00**

**Amerigas Propane**
**202 3rd Loop Rd**
**Florence, SC 29505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0986**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ameris Bank**
**Balboa Capital Corp**
**c/o Wheeler H Bryant**
**33 Bull St Ste 203**
**Savannah, GA 31401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/09/2024**

Last 4 digits of account number  **2885**

Basis for the claim:  **Pending**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,117.00**

**ASC Equipment Co**
**5521 Cannon Drive Ste 103**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2022**

Last 4 digits of account number  **0200**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00**

**Bateman Civil Survey Company, PC**
**2524 Reliance Ave**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3011**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,041.00**

**Battle LP Gas Co**
**1735 S Irby St**
**Florence, SC 29505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2511**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118,504.00**

**BeaconMedaes LLC**
**1059 Paragon Way**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0199**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00**

**Bedrock Apprraisal Group, LLC**
**106 N Edisto Dr**
**Florence, SC 29501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2490**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.18** | **Nonpriority creditor's name and mailing address**
**Benefast Inc**
2633 Powell Ave
Nashville, TN 37204

Date(s) debt was incurred _

Last 4 digits of account number  **2998**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,427.00**

---

**3.19** | **Nonpriority creditor's name and mailing address**
**BFPE International**
3300 Us 421
Wilmington, NC 28401

Date(s) debt was incurred  **08/17/2023**

Last 4 digits of account number  **0935**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,375.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Blanchard Machinery**
2334 Chestnut Rd
Longs, SC 29568

Date(s) debt was incurred  **09/29/2023**

Last 4 digits of account number  **0024**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$44,877.00**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Brady Services Inc**
2025 Sixteenth St
Greensboro, NC 27405

Date(s) debt was incurred  **09/15/2021**

Last 4 digits of account number  **1589**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$107,192.00**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Brewer Equipment Co**
4611 W Market St
Greensboro, NC 27407

Date(s) debt was incurred  **05/04/2023**

Last 4 digits of account number  **3001**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,795.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Brunswick Electric**
795 Ocean Hwy W
Supply, NC 28462

Date(s) debt was incurred  **01/18/2024**

Last 4 digits of account number  **2513**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,905.00**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Builders Mutual Insurance Co**
5580 Centerview Dr
Raleigh, NC 27606

Date(s) debt was incurred  **12/29/2022**

Last 4 digits of account number  **1903**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,453.00**

---

| Debtor | **RPE Contracting, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312,439.00 |
|---|---|---|
| **Byzfunder NY LLC** <br> **c/o Sean Foerster** <br> **PO Box 100200** <br> **Columbia, SC 29202-3200** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **05/07/2024** | **Basis for the claim:  Judgment** | |
| Last 4 digits of account number  **3137** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,570.00 |
|---|---|---|
| **Capital Electric** <br> **3908 Wesley St** <br> **Myrtle Beach, SC 29579** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **05/31/2023** | **Basis for the claim:  Vendor** | |
| Last 4 digits of account number  **0276** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,315.00 |
|---|---|---|
| **Carolina Equip & Hauling** <br> **190 Raleigh St** <br> **Wilmington, NC 28412** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **11/01/2022** | **Basis for the claim:  Vendor** | |
| Last 4 digits of account number  **2501** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,122.00 |
|---|---|---|
| **Carolina Insulation Contractors** <br> **1416 Floyd Circle** <br> **Florence, SC 29501** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **03/2023** | **Basis for the claim:  Vendor** | |
| Last 4 digits of account number  **0036** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,973.00 |
|---|---|---|
| **Carolina Supply House** <br> **218 2ndLoop Rd** <br> **Florence, SC 29505** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **11/29/2023** | **Basis for the claim:  Vendor** | |
| Last 4 digits of account number  **0015** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,571.00 |
|---|---|---|
| **Carolina Surety Brokers LLC** <br> **2131 Woodruff Rd Ste 2100223** <br> **Greenville, SC 29607** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **02/2023** | **Basis for the claim:  Vendor** | |
| Last 4 digits of account number  **0641** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,014,687.00 |
|---|---|---|
| **Carolina Trust FCU** <br> **c/o Ian McVey** <br> **PO Box 1390** <br> **Columbia, SC 29202-4267** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  **03/01/2024** | **Basis for the claim:  Pending** | |
| Last 4 digits of account number  **0525** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | RPE Contracting, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Carolinas Constructions Solutions LLC**
**3600 N Tryon St**
**Charlotte, NC 28206-2057**

Date(s) debt was incurred  **05/2023**

Last 4 digits of account number  **0498**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$169,464.00**

---

**3.33** | **Nonpriority creditor's name and mailing address**

**Carrier Corp**
**9701 Old Statesville Rd**
**Charlotte, NC 28269**

Date(s) debt was incurred  **09/13/2023**

Last 4 digits of account number  **0511**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$21,333.00**

---

**3.34** | **Nonpriority creditor's name and mailing address**

**Carrier Enterprise LLC**
**961 Mister Joe White Ave**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred  **01/10/2023**

Last 4 digits of account number  **0545**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$19,881.00**

---

**3.35** | **Nonpriority creditor's name and mailing address**

**Catapult Employers Assoc**
**9140 Arrowpoint Blvd #140**
**Charlotte, NC 28273**

Date(s) debt was incurred  **01/2023**

Last 4 digits of account number  **1121**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$11,542.00**

---

**3.36** | **Nonpriority creditor's name and mailing address**

**Chem Aqua Inc**
**4430 Wade Green Rd Ste 180**
**Kennesaw, GA 30144**

Date(s) debt was incurred  **03/17/2023**

Last 4 digits of account number  **1264**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,104.00**

---

**3.37** | **Nonpriority creditor's name and mailing address**

**Chesterfield Clerk of Court**
**200 W Main St**
**Chesterfield, SC 29709**

Date(s) debt was incurred  **11/223**

Last 4 digits of account number  **0193**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$315.00**

---

**3.38** | **Nonpriority creditor's name and mailing address**

**City of Myrtle Beach**
**PO Box 2468**
**Myrtle Beach, SC 29578**

Date(s) debt was incurred  **01/2024**

Last 4 digits of account number  **1284**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

| Debtor | **RPE Contracting, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,239.00 |
|---|---|---|---|

**Coastal Crane Services**
**721 Seaboard St**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0505**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,169.00 |
|---|---|---|---|

**Collins Fire Extinguisher**
**1405 S Church St**
**Florence, SC 29505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/14/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0680**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,547.00 |
|---|---|---|---|

**Colonial Electric Supply Co Inc**
**201 W Church Rd**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1800**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,157.00 |
|---|---|---|---|

**Concrete Core Drilling & Sawing**
**129 Durkee Ln**
**Dallas, NC 28034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1794**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $771.00 |
|---|---|---|---|

**Conner Gwyn Schenck PLLC**
**3141 John Humphries Wynd**
**Suite 1**
**Raleigh, NC 27622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **92508**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2023**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,993.00 |
|---|---|---|---|

**Consolidated Elect Distributor**
**1217 Broughton Blvd**
**Florence, SC 29501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0056**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414,000.00 |
|---|---|---|---|

**Cooper Tacia General Contracting Co**
**c/o Ian McVey**
**PO Box 1473**
**Columbia, SC 29202-1473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/22/2024**

Basis for the claim:  **Pending**

Last 4 digits of account number  **3497**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,764.00** |
|---|---|---|---|

**Core and Main**
**3005 Fred Nash Blvd**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number  **0003**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$887,490.00** |
|---|---|---|---|

**Cregger Co**
**1131 Shire Ave # 4**
**Myrtle Beach, SC 29588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2022**

Last 4 digits of account number  **0392**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|

**CT Corp**
**2 Office Park Ct Ste 103**
**Columbia, SC 29223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2023**

Last 4 digits of account number  **1160**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,830.00** |
|---|---|---|---|

**Cumins Sales and Service**
**231 Farmington Rd**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2023**

Last 4 digits of account number  **2479**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,770.00** |
|---|---|---|---|

**Darlington Co Tax Collector**
**1 Public Square # 207**
**Darlington, SC 29532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2023**

Last 4 digits of account number  **2492**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,993.00** |
|---|---|---|---|

**Darlington Co Treasurer**
**1 Public Square # 203**
**Darlington, SC 29532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

Last 4 digits of account number  **0683**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.00** |
|---|---|---|---|

**Darlington Co W&S**
**1701 Harry Byrd Hwy**
**Darlington, SC 29532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number  **0918**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | RPE Contracting, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,557.00**

**Distribution International**
6491 Dorchester Rd
North Charleston, SC 29418

Date(s) debt was incurred  **01/2023**

Last 4 digits of account number  **1775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,350.00**

**DM Conlon DBA Dan-Kel Concrete**
3550 Water Tower Road
Longs, SC 29568

Date(s) debt was incurred  **01/2023**

Last 4 digits of account number  **1930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$958.00**

**Duke Energy Progress**
1755 Mechanicsville Rd
Florence, SC 29501

Date(s) debt was incurred  **01/2024**

Last 4 digits of account number  **1089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$210.00**

**Duke Energy Progress**
1755 Mechanicsville Rd
Florence, SC 29501

Date(s) debt was incurred  **01/2024**

Last 4 digits of account number  **1601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,752.00**

**Duke Energy Progress**
1755 Mechanicsville Rd
Florence, SC 29501

Date(s) debt was incurred  **01/2024**

Last 4 digits of account number  **1782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,375.00**

**DWG Consulting LLC**
1009 Anna Knapp Blvd # 200
Mount Pleasant, SC 29464

Date(s) debt was incurred  **09/2023**

Last 4 digits of account number  **2451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,805.00**

**Dynamite Services LLC**
175 Westbrook Dr # 110
Honey Brook, PA 19344

Date(s) debt was incurred  **09/2023**

Last 4 digits of account number  **2451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,794.00**

**East Coast Pools, Inc**
PO Box 4211
Wilmington, NC 28406-4211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number  1955

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172,355.00**

**Eastern Industrial Supplies Inc**
c/o Wesley Lambert
201 W McBee Ave Ste 450
Greenville, SC 29601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/09/2024

**Basis for the claim:**  Judgment

Last 4 digits of account number  7669

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,557.00**

**Eastern Industrial Supplies Inc**
2157 Enterprise Dr
Florence, SC 29501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number  0614

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169,659.00**

**Eaton Corp**
11 Corporate  Circke
Sumter, SC 29154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number  0863

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.00**

**Elizabeth Shukis**
PO Box 3043
Boone, NC 28607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**  Vendor

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,646.00**

**Emcor Services**
158 Lott Court
West Columbia, SC 29169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/25/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number  2450

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,595.00**

**EMJ Calibration**
4806 Zion Rd
Mullins, SC 29574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number  1128

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.67** | Nonpriority creditor's name and mailing address

**Evergreen Medial Services**
**21 Loop Road**
**Arden, NC 28704**

Date(s) debt was incurred __06/2023__

Last 4 digits of account number __0228__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$6,287.00**

---

**3.68** | Nonpriority creditor's name and mailing address

**Fastenal**
**309 Resevior St**
**Georgetown, SC 29440**

Date(s) debt was incurred __04/2023__

Last 4 digits of account number __0431__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$3,562.00**

---

**3.69** | Nonpriority creditor's name and mailing address

**FedEx**
**1600 Stockholder Ave**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred __09/2023__

Last 4 digits of account number __1620__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.70** | Nonpriority creditor's name and mailing address

**Ferguson Enterprises LLC**
**1651 Hwy 501**
**Myrtle Beach, SC 29577-0974**

Date(s) debt was incurred __07/2022__

Last 4 digits of account number __0002__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$867,511.00**

---

**3.71** | Nonpriority creditor's name and mailing address

**Ferguson Heating & Cooling**
**1302 Enterprise Ave**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred __01/2023__

Last 4 digits of account number __0927__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$100,663.00**

---

**3.72** | Nonpriority creditor's name and mailing address

**First Bank Credit Card**
**2170 W Evans St**
**Florence, SC 29501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

**$48,626.00**

---

**3.73** | Nonpriority creditor's name and mailing address

**Florence County Treasurer**
**180 N Irby Street MSC-Z**
**Florence, SC 29501**

Date(s) debt was incurred __2024__

Last 4 digits of account number __7780__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vehicle Taxes__

Is the claim subject to offset? ■ No ☐ Yes

**$544.00**

---

Debtor    **RPE Contracting, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|

**3.74**

Nonpriority creditor's name and mailing address
**Flores & Associates LLC**
**1218 South Church Street**
**Charlotte, NC 28203**

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number  **1208**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$405.00

---

**3.75**

Nonpriority creditor's name and mailing address
**Four Leaf Clover Enterprises**
**3842 Justice Road**
**Florissant, MO 63034-2049**

Date(s) debt was incurred  _

Last 4 digits of account number  **2483**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$5,795.00

---

**3.76**

Nonpriority creditor's name and mailing address
**Fund Direct**
**7800 McLeod Rd**
**Greensboro, NC 27409**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.77**

Nonpriority creditor's name and mailing address
**Galloway-Bell Inc**
**20 Lowry Road**
**Greenville, SC 29605**

Date(s) debt was incurred  **06/2023**

Last 4 digits of account number  **2989**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$127,088.00

---

**3.78**

Nonpriority creditor's name and mailing address
**Gateway Supply Co Inc**
**4928 Hwy 17**
**Myrtle Beach, SC 29588**

Date(s) debt was incurred  **09/2022**

Last 4 digits of account number  **0081**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$80,729.00

---

**3.79**

Nonpriority creditor's name and mailing address
**GG& G Garbage**
**PO Box 844**
**North Myrtle Beach, SC 29597**

Date(s) debt was incurred  **01/2024**

Last 4 digits of account number  **1583**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$83.00

---

**3.80**

Nonpriority creditor's name and mailing address
**Godwin Lighting Protection**
**120 Old Mill Rd**
**Greenville, SC 29607**

Date(s) debt was incurred  **Vendor**

Last 4 digits of account number  **1257**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$11,038.00

---

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | |
|--------|---------------------------|--------------------------|--|
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,412.00**

**Graphic Products**
9825 SW Sunshine Ct
Beaverton, OR 97005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gregory Poole Equipment**
151 Backhoe Rd
Leland, NC 28451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **51753**

Last 4 digits of account number  **0910**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00**

**GSW&SA**
166 Jackson Bluff Rd
Conway, SC 29526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/03/2023**

Last 4 digits of account number  **1753**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$237.00**

**GSW&SA**
166 Jackson Bluff Rd
Conway, SC 29526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/15/2024**

Last 4 digits of account number  **1752**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00**

**GSW&SA**
166 Jackson Bluff Rd
Conway, SC 29526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/15/2024**

Last 4 digits of account number  **1754**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,830.00**

**Guardados Construction Inc**
505 Malcolm Lane
Charlotte, NC 28213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

Last 4 digits of account number  **1957**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**GYA Constructions LLC**
2589 Avocado Drive
Myrtle Beach, SC 29579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2023**

Last 4 digits of account number  **1888**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,410.00 |
| | **H&E Equip Services Inc** | ☐ Contingent | |
| | **695 Century Circle** | ☐ Unliquidated | |
| | **Conway, SC 29526** | ☐ Disputed | |
| | Date(s) debt was incurred  **05/2023** | **Basis for the claim:**  **Vendor** | |
| | Last 4 digits of account number  **0084** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,983.00 |
| | **Hahn-Mason Air Systems Inc** | ☐ Contingent | |
| | **4115 Dorchester Rd Bld 200** | ☐ Unliquidated | |
| | **North Charleston, SC 29405** | ☐ Disputed | |
| | Date(s) debt was incurred  **02/28/2023** | **Basis for the claim:**  **Vendor** | |
| | Last 4 digits of account number  **0513** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,574.00 |
| | **Hall Technology** | ☐ Contingent | |
| | **1234 Lakeshore Drive Ste 150** | ☐ Unliquidated | |
| | **Coppell, TX 75019** | ☐ Disputed | |
| | Date(s) debt was incurred  **12/2021** | **Basis for the claim:**  **Vendor** | |
| | Last 4 digits of account number  **0457** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,257.00 |
| | **Hall Technology Inc** | ☐ Contingent | |
| | **c/o James Hancock** | ☐ Unliquidated | |
| | **1735 St Julian Pl Ste 200** | ☐ Disputed | |
| | **Columbia, SC 29204** | | |
| | Date(s) debt was incurred  **06/26/2024** | **Basis for the claim:**  **Pending** | |
| | Last 4 digits of account number  **4372** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,553.00 |
| | **Hamlet Law** | ☐ Contingent | |
| | **5215 Junction Park Drive # 202** | ☐ Unliquidated | |
| | **Wilmington, NC 28412** | ☐ Disputed | |
| | Date(s) debt was incurred  **08/2023** | **Basis for the claim:**  **Vendor** | |
| | Last 4 digits of account number  **2480** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Harrington Industrial Plastics LLC** | ☐ Contingent | |
| | **601 Eagleton Downs Dr Ste C** | ☐ Unliquidated | |
| | **Pineville, NC 28134** | ☐ Disputed | |
| | Date(s) debt was incurred  **01/2024** | **Basis for the claim:**  **Vendor** | |
| | Last 4 digits of account number  **1065** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,212.00 |
| | **Harris Integrated Solutions** | ☐ Contingent | |
| | **304 Pomell St** | ☐ Unliquidated | |
| | **West Columbia, SC 29169** | ☐ Disputed | |
| | Date(s) debt was incurred  **09/2023** | **Basis for the claim:**  **Vendor** | |
| | Last 4 digits of account number  **0476** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | RPE Contracting, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address

**Harris Pest Control**
**3041 Ricks Industrial Park Dr Unit 3**
**Myrtle Beach, SC 29588**

Date(s) debt was incurred **01/2023**

Last 4 digits of account number **0599**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$924.00**

---

**3.96** | Nonpriority creditor's name and mailing address

**Herc Rentals**
**4805 Hwy 501**
**Myrtle Beach, SC 29579**

Date(s) debt was incurred **01/2024**

Last 4 digits of account number **0341**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,092.00**

---

**3.97** | Nonpriority creditor's name and mailing address

**Hinson & Fowler Ace Hardware**
**312 S Main St**
**Mullins, SC 29574**

Date(s) debt was incurred **09/2023**

Last 4 digits of account number **1805**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$282.00**

---

**3.98** | Nonpriority creditor's name and mailing address

**Hoffman Building Tech**
**104 Vantage Point Dr**
**West Columbia, SC 29172**

Date(s) debt was incurred **04/2021**

Last 4 digits of account number **1082**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.99** | Nonpriority creditor's name and mailing address

**Honeywell Building Tech**
**855 S Mint St**
**Charlotte, NC 28202**

Date(s) debt was incurred **04/2021**

Last 4 digits of account number **1082**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100** | Nonpriority creditor's name and mailing address

**Hope Investments LP**
**14425 Pickett Oak Rd**
**Centreville, VA 20121-1602**

Date(s) debt was incurred **11/2023**

Last 4 digits of account number **1584**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,273.00**

---

**3.101** | Nonpriority creditor's name and mailing address

**Hub International**
**4331 Robert M Grissom Pkwy # 201**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred **01/2024**

Last 4 digits of account number **1577**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$303.00**

---

| Debtor | RPE Contracting, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,112.00 |
|---|---|---|---|

**Hyman Paper & Chemical**
**3404 Corporation Rd**
**Darlington, SC 29532**

Date(s) debt was incurred  **09/2023**

Last 4 digits of account number  **0819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,250.00 |
|---|---|---|---|

**Industrial Paving**
**712 Mineral Springs Rd**
**Darlington, SC 29532**

Date(s) debt was incurred  **05/2023**

Last 4 digits of account number  **3003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Infinity Contractors Inc**
**7710 S Rail Rd Ste 100**
**North Charleston, SC 29420**

Date(s) debt was incurred  **03/21/2023**

Last 4 digits of account number  **1786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,656.00 |
|---|---|---|---|

**Insight Partners**
**8439 Palmetto Commerce Pkwy Ste 106**
**Ladson, SC 29456**

Date(s) debt was incurred  **07/2022**

Last 4 digits of account number  **1076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,702.00 |
|---|---|---|---|

**JF Acquisition dba JF Petroleum**
**6701 Northpark Blvd Suite B**
**Charlotte, NC 28216**

Date(s) debt was incurred  **07/2023**

Last 4 digits of account number  **1958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,611.00 |
|---|---|---|---|

**John F Stroud & Son**
**927 E Blvd**
**Chesterfield, SC 29709**

Date(s) debt was incurred  **07/223**

Last 4 digits of account number  **0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,900.00 |
|---|---|---|---|

**Johnson Controls Fire Protection**
**1578 Dividend Loop Unit A**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred  **03/2022**

Last 4 digits of account number  **0152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **RPE Contracting, Inc.**                                          Case number *(if known)* _____
_____
Name

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$267,265.00** |
|---|---|---|---|

**Johnson Controls Fire Protection**
**1578 Dividend Loop Unit A**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2022**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **0547**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,490.00** |
|---|---|---|---|

**Johnstone Supply**
**2572 Oscar Johnson Dr**
**Darlington, SC 29540-5000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2022**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **1833**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JSC Systems Inc**
**6904 N Main St**
**Columbia, SC 29203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2020**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **0977**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,812.00** |
|---|---|---|---|

**Keller's LLC**
**6750 Gordon Rd**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2023**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **3010**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,360.00** |
|---|---|---|---|

**Lefler Electronics**
**2610 Oakview Dr SW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2023**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **1788**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Lowcountry Urgent Care**
**2676 US 76**
**Mullins, SC 29574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2023**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **2396**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,419.00** |
|---|---|---|---|

**Marion County Treasurer**
**PO Box 275**
**Marion, SC 29571-0275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2023**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **2505**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00**

**Mayer Electric Supply**
**2547 Oscar Johnson Dr**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0883**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,165.00**

**McDonough Bolyard Peck Inc**
**6650 Rivers Ave**
**Charleston, SC 29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **2494**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$219.00**

**McLeod Health**
**101 William H Johnson St**
**Florence, SC 29506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **1662**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,892.00**

**McLeod Occupational Health Health**
**101 William H Johnson St**
**Florence, SC 29506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2021**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0942**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,309.00**

**Metro Group**
**108 N Shorecrest Rd Ste B**
**Columbia, SC 29209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0814**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$661.00**

**Mid-Atlantic Drainage**
**1124 White Oak Lane**
**Galivants Ferry, SC 29544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0112**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,353.00**

**Mid-Atlantic Trust Co**
**1251 Waterfront Place**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **1042**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **RPE Contracting, Inc.**
_____     Case number *(if known)* _____
Name

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,276.00** |
|---|---|---|---|

**Milam Equipment**
**4349 New Bern Hwy**
**Jacksonville, NC 28546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **2997**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.00** |
|---|---|---|---|

**Mobile Modular Portable Storage**
**7138 Bry Hawke Circle**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **1691**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,696.00** |
|---|---|---|---|

**MSS Fire & Security**
**705 Seaboard St**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **1669**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Murray Supply**
**2509 Clements Ferry Rd**
**Charleston, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2021**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0796**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,904.00** |
|---|---|---|---|

**Mutual of Omaha**
**7301 Rivers Ave**
**Charleston, SC 29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **1623**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,926.00** |
|---|---|---|---|

**National Power Corp**
**4541 Preslyn Drive**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0701**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,830.00** |
|---|---|---|---|

**NB Handy Co**
**2920 Hutchison McDonald Rd Ste B**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **0966**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **RPE Contracting, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.00 |
|---|---|---|---|

**NC Child Support**
**401 S Griffin St**
**Elizabeth City, NC 27909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2024**

Basis for the claim:  **Employment - Child Support**

Last 4 digits of account number  **0979**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**NCDOR**
**Levy & Garnishment**
**301 McCollough Dr Ste 300**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/30/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2461**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,414.00 |
|---|---|---|---|

**NCDOR**
**Levy & Garnishment**
**301 McCollough Dr Ste 300**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0337**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,775.00 |
|---|---|---|---|

**NextGen Technologies**
**2456 Remount Rd Ste 310**
**Charleston, SC 29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1720**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,319.00 |
|---|---|---|---|

**North Carolina Sound of Wilmington LLC**
**5715 Market St,**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2982**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $496.00 |
|---|---|---|---|

**Occupational Health Centers of the SW PA**
**4910 Ritter Rd**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1712**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,458.00 |
|---|---|---|---|

**Old Dominion Insulation Inc**
**12764 Oak Lake Ct**
**Midlothian, VA 23112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0877**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,689.00**

**Oldcastle Infrastructure**
**3960 Cedar Creek Rd**
**Fayetteville, NC 28312**

Date(s) debt was incurred  **09/2023**

Last 4 digits of account number  **1721**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Padillas Plumbing**
**573 Benedict Ave**
**Tarrytown, NY 10591**

Date(s) debt was incurred  **02/2022**

Last 4 digits of account number  **1917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,915.00**

**Pearce Law Group**
**1314 Professional Dr**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred  **09/2022**

Last 4 digits of account number  **0354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$992.00**

**Pee Dee Fleet**
**301 N Marquis St**
**Hartsville, SC 29550**

Date(s) debt was incurred  **09/2023**

Last 4 digits of account number  **2454**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$581.00**

**Pee Dee Office Solutions**
**1409 Mister Joe White Ave**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred  **09/2023**

Last 4 digits of account number  **2493**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Pee Dee Ready Mix**
**140 McLaughlin Rd**
**Effingham, SC 29541**

Date(s) debt was incurred  **10/2023**

Last 4 digits of account number  **0615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$374.00**

**Personal Touch Answering Service**
**4603 Oleander Drive**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred  **11/2023**

Last 4 digits of account number  **2481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,758.00**

**Phoenix Metals Co**
**12420 Means Ct**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2024**

Last 4 digits of account number  **0124**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,758.00**

**Pipeline Services Inc**
**2620 Clawson Rd**
**Florence, SC 29505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2024**

Last 4 digits of account number  **0125**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**Port City Urgent Care**
**706 College Rd**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2023**

Last 4 digits of account number  **1603**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,687.00**

**Premier Electrical Staffing**
**7901 Strickland Rd**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2023**

Last 4 digits of account number  **1572**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118.00**

**Pye-Barker Fire & Safety**
**13142 Albemarle Rd**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2023**

Last 4 digits of account number  **1939**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,648.00**

**Research Air Flo Inc**
**2000 Amblewood Dr**
**Apex, NC 27523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2023**

Last 4 digits of account number  **0792**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,285.00**

**Ritz Safety**
**2763 Interstate St**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2023**

Last 4 digits of account number  **2991**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,131.00** |
| | **Roberts Oxygen Co Inc** | ☐ Contingent | |
| | **4100 Chesapeake Dr** | ☐ Unliquidated | |
| | **Charlotte, NC 28216** | ☐ Disputed | |
| | Date(s) debt was incurred  **02/2023** | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number  **0932** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,338.00** |
| | **Ronco Specialized** | ☐ Contingent | |
| | **3250 Green Park Circle** | ☐ Unliquidated | |
| | **Charlotte, NC 28217** | ☐ Disputed | |
| | Date(s) debt was incurred  **01/2023** | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number  **0646** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210,028.00** |
| | **RussCo Networks LLC** | ☐ Contingent | |
| | **1175 Drew Dr** | ☐ Unliquidated | |
| | **Darlington, SC 29540** | ☐ Disputed | |
| | Date(s) debt was incurred  **01/2023** | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number  **0357** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127.00** |
| | **Santee Cooper** | ☐ Contingent | |
| | **PO Box 188** | ☐ Unliquidated | |
| | **Moncks Corner, SC 29461-0188** | ☐ Disputed | |
| | Date(s) debt was incurred  **01/2024** | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number  **1283** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
| | **SC Coordinating Council for Economic Dev** | ☐ Contingent | |
| | **1201 Main Street, Suite 1600** | ☐ Unliquidated | |
| | **Columbia, SC 29201-3200** | ☐ Disputed | |
| | Date(s) debt was incurred  **07/2023** | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number  **1716** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119.00** |
| | **SC State Disbursement Unit** | ☐ Contingent | |
| | **PO Box 100302** | ☐ Unliquidated | |
| | **Columbia, SC 29202-3302** | ☐ Disputed | |
| | Date(s) debt was incurred  **02/2024** | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number  **1278** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,598.00** |
| | **Seacoast Concrete Cutting Inc** | ☐ Contingent | |
| | **1227 16th Ave Ste 166** | ☐ Unliquidated | |
| | **Conway, SC 29526** | ☐ Disputed | |
| | Date(s) debt was incurred  **01/2023** | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number  **0834** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **RPE Contracting, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.158** | Nonpriority creditor's name and mailing address
**Segra**
**11215 N Community House Rd Ste 1000**
**Charlotte, NC 28277**

Date(s) debt was incurred  **11/2023**

Last 4 digits of account number  **1223**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,294.00**

---

**3.159** | Nonpriority creditor's name and mailing address
**Selective Insurance Co of America**
**1011 Boulder Springs Dr Ste 100**
**Richmond, VA 23225-0325**

Date(s) debt was incurred  **05/2023**

Last 4 digits of account number  **0963**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$87,337.00**

---

**3.160** | Nonpriority creditor's name and mailing address
**Sharp Business Systems**
**325 N Elm St**
**Lumberton, NC 28358**

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number  **1200**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,685.00**

---

**3.161** | Nonpriority creditor's name and mailing address
**Sharpe Co**
**230 Charlois Blvd**
**Winston Salem, NC 27103**

Date(s) debt was incurred  **01/2024**

Last 4 digits of account number  **0937**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.162** | Nonpriority creditor's name and mailing address
**Sheriar Books**
**603 Briarwood Dr**
**Myrtle Beach, SC 29572**

Date(s) debt was incurred  **01/2024**

Last 4 digits of account number  **1260**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.163** | Nonpriority creditor's name and mailing address
**Smith Leonard PLLC**
**4035 Premier Dr # 300**
**High Point, NC 27265**

Date(s) debt was incurred  **09/2023**

Last 4 digits of account number  **1558**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.164** | Nonpriority creditor's name and mailing address
**Source One Software Consulting LLC**
**PO Box 1395**
**Richmond, VA 23218**

Date(s) debt was incurred  **07/2023**

Last 4 digits of account number  **1646**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$76,602.00**

---

| Debtor | **RPE Contracting, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$749.00** |
|---|---|---|---|

**Southeastern Crane Service, LLC**
**3935 US-321**
**West Columbia, SC 29172**

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number  **2512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,144.00** |
|---|---|---|---|

**Southern Sound Inc**
**757 Crosspoint Dr**
**Denver, NC 28037**

Date(s) debt was incurred  **05/2023**

Last 4 digits of account number  **1826**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,667.00** |
|---|---|---|---|

**Southern Welders Supply Inc**
**205 Prather Park Dr,**
**Myrtle Beach, SC 29588**

Date(s) debt was incurred  **02/2023**

Last 4 digits of account number  **0827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,576.00** |
|---|---|---|---|

**Southland Electrical Supply**
**123 E Market St**
**Burlington, NC 27217**

Date(s) debt was incurred  **10/2023**

Last 4 digits of account number  **2999**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,965.00** |
|---|---|---|---|

**Spartan Tec Incorporated**
**2126 Hwy 9 E Ste F1**
**Longs, SC 29568**

Date(s) debt was incurred  **08/2023**

Last 4 digits of account number  **2400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |
|---|---|---|---|

**Spartanburg Regional Health Services**
**101 E Wood St**
**Spartanburg, SC 29303**

Date(s) debt was incurred  **01/2023**

Last 4 digits of account number  **2456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,772.00** |
|---|---|---|---|

**SPI LLC**
**6000 Fairview Road Ste 400**
**Charlotte, NC 28210**

Date(s) debt was incurred  **02/2023**

Last 4 digits of account number  **0658**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **RPE Contracting, Inc.**                                    Case number *(if known)* _____
     Name

| | |
|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$110,828.00** |

---

**3.172**

**Nonpriority creditor's name and mailing address**

**State Electric Supply Co**
**4101 Raeford Rd Ste 200**
**Fayetteville, NC 28304**

Date(s) debt was incurred  05/2023

Last 4 digits of account number  1726

**As of the petition filing date, the claim is:** *Check all that apply.*          **$110,828.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173**

**Nonpriority creditor's name and mailing address**

**STULZ Air Technology Systems, Inc**
**1572 Tilco Dr**
**Frederick, MD 21704**

Date(s) debt was incurred  01/2023

Last 4 digits of account number  1942

**As of the petition filing date, the claim is:** *Check all that apply.*          **$24,958.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals Inc**
**1215 N Cashua Dr**
**Florence, SC 29501**

Date(s) debt was incurred  03/2023

Last 4 digits of account number  0165

**As of the petition filing date, the claim is:** *Check all that apply.*          **$3,439.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175**

**Nonpriority creditor's name and mailing address**

**T-Mobile Bankruptcy Team**
**PO Box 53410**
**Bellevue, WA 98015-3410**

Date(s) debt was incurred  12/2023

Last 4 digits of account number  1723

**As of the petition filing date, the claim is:** *Check all that apply.*          **$25,885.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176**

**Nonpriority creditor's name and mailing address**

**T3 Automotive LLC**
**2839 US-501**
**Aynor, SC 29511**

Date(s) debt was incurred  04/2023

Last 4 digits of account number  1851

**As of the petition filing date, the claim is:** *Check all that apply.*          **$121.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177**

**Nonpriority creditor's name and mailing address**

**TAB Services Inc**
**1809-F Cross Beam Dr**
**Charlotte, NC 28217**

Date(s) debt was incurred  05/2022

Last 4 digits of account number  1907

**As of the petition filing date, the claim is:** *Check all that apply.*          **$684.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178**

**Nonpriority creditor's name and mailing address**

**TAF Enviromental & Industrial Inc**
**3009 Beaman Ave**
**Charlotte, NC 28273**

Date(s) debt was incurred  06/2023

Last 4 digits of account number  1968

**As of the petition filing date, the claim is:** *Check all that apply.*          **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,971.00**

**Taylor Lightning Protection, LLC**
**27921 Hwy Blvd**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1941**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**The Conway National Bank**
**c/o Douglas M. Zayicek**
**PO Box 357**
**Myrtle Beach, SC 29578-0357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/25/2024**

Basis for the claim:  **Pending**

Last 4 digits of account number  **0424**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116,489.00**

**ThermaTech Services LLC**
**1413 S Fraser St**
**Georgetown, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1714**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,638.00**

**Top Mechanical Service**
**1646 SC-160 Ste 105 337**
**Fort Mill, SC 29708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2499**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,921.00**

**TPM Inc**
**1003 Laurens Road**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1719**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$661,708.00**

**Trane US Inc**
**800 Beaty St Ste E**
**Davidson, NC 28036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0459**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,060.00**

**Tri-Tek Fire & Security LLC**
**6 Woodcross Dr**
**Columbia, SC 29212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0175**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.186** | Nonpriority creditor's name and mailing address
**Trimble Inc**
**10368 Westmoor Drive**
**Broomfield, CO 80021**

Date(s) debt was incurred **07/2023**

Last 4 digits of account number **1659**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$21,995.00**

---

**3.187** | Nonpriority creditor's name and mailing address
**TRS-SESCO, LLC**
**721A Park Centre Dr**
**Kernersville, NC 27284**

Date(s) debt was incurred **03/2023**

Last 4 digits of account number **0700**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$141,464.00**

---

**3.188** | Nonpriority creditor's name and mailing address
**Truteam Builder Services Group, Inc**
**c/o Sarah L DiFranco**
**301 S College St Ste 2900**
**Charlotte, NC 28202**

Date(s) debt was incurred **02/14/2024**

Last 4 digits of account number **1068**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189** | Nonpriority creditor's name and mailing address
**United Rentals (North America) Inc**
**729 Jason Blvd**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred **02/2023**

Last 4 digits of account number **0176**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$64,875.00**

---

**3.190** | Nonpriority creditor's name and mailing address
**VEI Communications**
**813 N Governor Williams Hwy**
**Darlington, SC 29532**

Date(s) debt was incurred **06/2023**

Last 4 digits of account number **1616**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,726.00**

---

**3.191** | Nonpriority creditor's name and mailing address
**Vertiv Corp**
**PO Box 505000**
**Louisville, KY 40233**

Date(s) debt was incurred **12/2022**

Last 4 digits of account number **1211**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$20,080.00**

---

**3.192** | Nonpriority creditor's name and mailing address
**Viewpoint Business Forms**
**2321 Circadian Way**
**Santa Rosa, CA 95407**

Date(s) debt was incurred **04/2023**

Last 4 digits of account number **0996**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Vista Software**
**1515 SE Water Ave Suite 300**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$952.00** |
|---|---|---|---|

**Wall Recycling, LLC**
**520 Pristine Water Dr**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3007**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,695.00** |
|---|---|---|---|

**Waste Management of Carolinas Inc**
**800 Capitol Ste 3000**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0186**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**Webster Rogers LLP**
**950 48th Ave N Ste 200**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2471**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,580.00** |
|---|---|---|---|

**WEX**
**1 Hancock Street**
**Portland, ME 04101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/22/2023**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **0627**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,124.00** |
|---|---|---|---|

**White Cap**
**269 E Cox Ferry Rd**
**Conway, SC 29526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2460**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,961.00** |
|---|---|---|---|

**White Crane Co Inc**
**3414 Augusta Rd**
**West Columbia, SC 29170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0323**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **RPE Contracting, Inc.**                                    Case number *(if known)* _____
          Name

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,853.00 |
|---|---|---|---|

**Windle Terry Bimbo Construction Law**
**3020 W Arrowood Road Ste 102**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2389**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,568.00 |
|---|---|---|---|

**WO Grubb Steel**
**5120 Route 1**
**Richmond, VA 23234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1031**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Stainless & Supply LLC**<br>**815 State Rd**<br>**Cheraw, SC 29520** | Line **3.9**<br>☐ Not listed. Explain ____ | **0313** |
| 4.2 | **Horry County Clerk of Court**<br>**PO Box 677**<br>**Conway, SC 29528** | Line **3.61**<br>☐ Not listed. Explain ____ | **7669** |
| 4.3 | **Joey Floyd**<br>**PO Box 61110**<br>**Columbia, SC 29260** | Line **3.91**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Robert M. Sneed**<br>**55 Beattie Place, Suite 700**<br>**Greenville, SC 29601** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **William Richardson**<br>**601 19th Ave N**<br>**Myrtle Beach, SC 29577** | Line **2.8**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  3,651,336.00 |
| **5b. Total claims from Part 2** | 5b.  + | $  12,703,782.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  16,355,118.00 |

**Fill in this information to identify the case:**

Debtor name     **RPE Contracting, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name   **RPE Contracting, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Randy Rivers** | **6574 Highway 9** <br> **Cheraw, SC 29520** | **Ameris Bank** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.2 | **Rivers Plumbing & Electric** | **c/o Randy J Rivers** <br> **6574 Highway 9** <br> **Cheraw, SC 29520** | **Eastern Industrial Supplies Inc** | ☐ D _____ <br> ■ E/F __3.61__ <br> ☐ G _____ |
| 2.3 | **Rivers Plumbing & Electric** | **c/o Randy J Rivers** <br> **6574 Highway 9** <br> **Cheraw, SC 29520** | **Byzfunder NY LLC** | ☐ D _____ <br> ■ E/F __3.25__ <br> ☐ G _____ |
| 2.4 | **Rivers Plumbing & Electric** | **c/o Randy J Rivers** <br> **6574 Highway 9** <br> **Cheraw, SC 29520** | **Hall Technology Inc** | ☐ D _____ <br> ■ E/F __3.91__ <br> ☐ G _____ |

| Debtor | **RPE Contracting, Inc.** | | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Rivers Plumbing & Electric** | c/o Randy J Rivers<br>6574 Highway 9<br>Cheraw, SC 29520 | **Ameris Bank** | ☐ D ____<br>■ E/F ___3.12___<br>☐ G ____ |
| 2.6 | **RPE Holdings LLC** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **The Conway National Bank** | ☐ D ____<br>■ E/F ___3.180___<br>☐ G ____ |
| 2.7 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Eastern Industrial Supplies Inc** | ☐ D ____<br>■ E/F ___3.61___<br>☐ G ____ |
| 2.8 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Byzfunder NY LLC** | ☐ D ____<br>■ E/F ___3.25___<br>☐ G ____ |
| 2.9 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Carolina Trust FCU** | ☐ D ____<br>■ E/F ___3.31___<br>☐ G ____ |
| 2.10 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Lashawn Brantley** | ☐ D ____<br>■ E/F ___2.24___<br>☐ G ____ |
| 2.11 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Sarah Gravelle** | ☐ D ____<br>■ E/F ___2.32___<br>☐ G ____ |
| 2.12 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Brallan Alonzo** | ☐ D ____<br>■ E/F ___2.1___<br>☐ G ____ |

---

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Brett Crowley** | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.14 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Christopher Hudson** | ☐ D _____<br>■ E/F __2.5__<br>☐ G _____ |
| 2.15 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Danny Chavis** | ☐ D _____<br>■ E/F __2.6__<br>☐ G _____ |
| 2.16 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **James Gillivan** | ☐ D _____<br>■ E/F __2.11__<br>☐ G _____ |
| 2.17 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **John Bianchini** | ☐ D _____<br>■ E/F __2.17__<br>☐ G _____ |
| 2.18 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Jordan Faulk** | ☐ D _____<br>■ E/F __2.18__<br>☐ G _____ |
| 2.19 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Joseph Austin** | ☐ D _____<br>■ E/F __2.19__<br>☐ G _____ |
| 2.20 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Kevin Dietzman** | ☐ D _____<br>■ E/F __2.21__<br>☐ G _____ |

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.21 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Landin Campbell** | ☐ D _____<br>■ E/F __2.22__<br>☐ G _____ |
| 2.22 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Manuel Chavarria** | ☐ D _____<br>■ E/F __2.26__<br>☐ G _____ |
| 2.23 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Patricia Barnes** | ☐ D _____<br>■ E/F __2.28__<br>☐ G _____ |
| 2.24 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Sidney Dove** | ☐ D _____<br>■ E/F __2.34__<br>☐ G _____ |
| 2.25 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **William Barfield** | ☐ D _____<br>■ E/F __2.43__<br>☐ G _____ |
| 2.26 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **William Emery** | ☐ D _____<br>■ E/F __2.44__<br>☐ G _____ |
| 2.27 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Charles Hipp** | ☐ D _____<br>■ E/F __2.4__<br>☐ G _____ |
| 2.28 **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Joe Guerrero** | ☐ D _____<br>■ E/F __2.16__<br>☐ G _____ |

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* |
|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.29 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Richard James** | ☐ D _____<br>■ E/F __**2.30**__<br>☐ G _____ |
|---|---|---|---|---|
| 2.30 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Randall Kirby Jr.** | ☐ D _____<br>■ E/F __**2.29**__<br>☐ G _____ |
| 2.31 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Stephen McKnight** | ☐ D _____<br>■ E/F __**2.41**__<br>☐ G _____ |
| 2.32 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Terrence Myers** | ☐ D _____<br>■ E/F __**2.42**__<br>☐ G _____ |
| 2.33 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Larry Parker** | ☐ D _____<br>■ E/F __**2.23**__<br>☐ G _____ |
| 2.34 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Joseph Pennington** | ☐ D _____<br>■ E/F __**2.20**__<br>☐ G _____ |
| 2.35 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Jeffrey Poston** | ☐ D _____<br>■ E/F __**2.14**__<br>☐ G _____ |
| 2.36 | **Scott Rivers** | 514 S Ocean Blvd<br>North Myrtle Beach, SC 29582 | **Cesar Sarmiento** | ☐ D _____<br>■ E/F __**2.3**__<br>☐ G _____ |

---

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.37 | **Scott Rivers** | **514 S Ocean Blvd**<br>**North Myrtle Beach, SC 29582** | **Derek Scott** | ☐ D _____<br>■ E/F __2.7__<br>☐ G _____ |
| 2.38 | **Scott Rivers** | **514 S Ocean Blvd**<br>**North Myrtle Beach, SC 29582** | **Jason Hoffman** | ☐ D _____<br>■ E/F __2.12__<br>☐ G _____ |
| 2.39 | **Scott Rivers** | **514 S Ocean Blvd**<br>**North Myrtle Beach, SC 29582** | **Jean Marcano** | ☐ D _____<br>■ E/F __2.13__<br>☐ G _____ |
| 2.40 | **Scott Rivers** | **514 S Ocean Blvd**<br>**North Myrtle Beach, SC 29582** | **Jimmy Johnson** | ☐ D _____<br>■ E/F __2.15__<br>☐ G _____ |
| 2.41 | **Scott Rivers** | **514 S Ocean Blvd**<br>**North Myrtle Beach, SC 29582** | **Lonnie Freeman** | ☐ D _____<br>■ E/F __2.25__<br>☐ G _____ |
| 2.42 | **Scott Rivers** | **514 S Ocean Blvd**<br>**North Myrtle Beach, SC 29582** | **Roger Ross** | ☐ D _____<br>■ E/F __2.31__<br>☐ G _____ |
| 2.43 | **Scott Rivers** | **514 S Ocean Blvd**<br>**North Myrtle Beach, SC 29582** | **The Conway National Bank** | ☐ D _____<br>■ E/F __3.180__<br>☐ G _____ |
| 2.44 | **Scott Rivers** | **514 S Ocean Blvd**<br>**North Myrtle Beach, SC 29582** | **American Stainless & Supply** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | |
|---|---|---|---|

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.45 | **Scott Rivers** **514 S Ocean Blvd** **North Myrtle Beach, SC 29582** | **Ameris Bank** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.46 | **Scott Rivers** **514 S Ocean Blvd** **North Myrtle Beach, SC 29582** | **South Carolina Department of Revenue** | ☐ D _____ ■ E/F __2.35__ ☐ G _____ |
| 2.47 | **Scott Rivers** **514 S Ocean Blvd** **North Myrtle Beach, SC 29582** | **South Carolina Department of Revenue** | ☐ D _____ ■ E/F __2.36__ ☐ G _____ |
| 2.48 | **Scott Rivers** **514 S Ocean Blvd** **North Myrtle Beach, SC 29582** | **South Carolina Department of Revenue** | ☐ D _____ ■ E/F __2.37__ ☐ G _____ |
| 2.49 | **Scott Rivers** **514 S Ocean Blvd** **North Myrtle Beach, SC 29582** | **South Carolina Department of Revenue** | ☐ D _____ ■ E/F __2.38__ ☐ G _____ |
| 2.50 | **Scott Rivers** **514 S Ocean Blvd** **North Myrtle Beach, SC 29582** | **South Carolina Department of Revenue** | ☐ D _____ ■ E/F __2.39__ ☐ G _____ |
| 2.51 | **Scott Rivers** **514 S Ocean Blvd** **North Myrtle Beach, SC 29582** | **South Carolina Department of Revenue** | ☐ D _____ ■ E/F __2.40__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **RPE Contracting, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>■ Other  **Unknown - unable to access records** | **Unknown** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$23,887,565.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$61,753,830.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **RPE Contracting, Inc.**                                           Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Scott Rivers** **514 S Ocean Blvd** **North Myrtle Beach, SC 29582** **President of RPE Contracting, Inc.** | **Withdrawals 2024** **03/05/2024 $18,000 Health Insurance - Employees 03/07/2024 $ 9,000 Reimbursem ent - Payroll 03/13/2024 $25,000 Reimbursem ent - Payroll** | **$52,000.00** | **Also listed in Q 30** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **South Carolina Department of Revenue** **Office of the General Counsel** **Bankruptcy Section** **300A Outlet Pointe Blvd** **Columbia, SC 29210-5666** | **Bank garnishment** | **2024** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **South Carolina Department of Revenue** **Office of the General Counsel** **Bankruptcy Section** **300A Outlet Pointe Blvd** **Columbia, SC 29210-5666** | **Bank Levies** Last 4 digits of account number:  __2829__ | **07/11/2024** | **$22,820.41** |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

| Debtor | RPE Contracting, Inc. | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **RPE Contracting Inc VS Mashburn Construction Company Inc , defendant, et al**<br>**2023-CP-26-03392** | **Breach of Contract** | **Horry County Common Pleas**<br>**1301 Second Ave**<br>**Conway, SC 29526-5209** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Eastern Industrial Supplies Inc VS RPE Contracting Inc, defendant, et al**<br>**2023-CP-26-07669** | **Breach of Contract** | **Horry County Common Pleas**<br>**1301 Second Ave**<br>**Conway, SC 29526-5209** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Truteam Builder Services Group Inc, plaintiff, et al VS Rpe Contracting Inc, defendant, et al**<br>**2024-CP-26-01068** | **Debt Collection** | **Horry County Common Pleas**<br>**1301 Second Ave**<br>**Conway, SC 29526-5209** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **N B Handy Company VS Rivers Plumbing & Electric Inc, defendant, et al**<br>**2024-CP-26-01565** | **Breach of Contract** | **Horry County Common Pleas**<br>**1301 Second Ave**<br>**Conway, SC 29526-5209** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Byzfunder NY LLC VS RPE Contracting Inc, defendant, et al**<br>**2024-CP-26-03137** | **Foreign Judgment** | **Horry County Common Pleas**<br>**1301 Second Ave**<br>**Conway, SC 29526-5209** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Cooper Tacia General Contracting Company VS Rpe Contracting Inc**<br>**2024-CP-26-03497** | **Breach of Contract** | **Horry County Common Pleas**<br>**1301 Second Ave**<br>**Conway, SC 29526-5209** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Hall Technology Inc VS RPE Contracting Inc, defendant, et al**<br>**2024-CP-26-04372** | **Debt Collection** | **Horry County Common Pleas**<br>**1301 Second Ave**<br>**Conway, SC 29526-5209** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Carolina Trust Federal Credit Union VS Rpe Contracting Inc, defendant, et al**<br>**2024-CP-21-00525** | **Debt Collection** | **Florence County Clerk of Court**<br>**180 N Irby St 9th Fl**<br>**Florence, SC 29501-3456** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Lashawn Brantley, plaintiff, et al VS Rpe Contracting, Inc., defendant, et al**<br>**2024-CP-21-00418** | **Employment** | **Florence County Clerk of Court**<br>**180 N Irby St 9th Fl**<br>**Florence, SC 29501-3456** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **The Conway National Bank VS Rpe Holdings, Llc , defendant, et al**<br>**2024-LP-33-00027** | **Lis Pendens** | **Marion County Clerk of Court**<br>**PO Box 295**<br>**Marion, SC 29571** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **The Conway National Bank VS Rpe Holdings, Llc, defendant, et al**<br>**2024-CP-33-00424** | **Foreclosure** | **Marion County Clerk of Court**<br>**PO Box 295**<br>**Marion, SC 29571** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **RPE Contracting, Inc.**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.12. | **American Stainless & Supply Llc VS Rpe Contracting Inc , defendant, et al**<br>**2024CP1300313** | **Breach of Contract** | **Chesterfield County Clerk of Court**<br>**200 W Main Street**<br>**Chesterfield, SC 29709** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Turner Vaught Bankruptcy, LLC**<br>**9261 Highway 707**<br>**Suite H**<br>**Myrtle Beach, SC 29588** | **Attorneys Fee $10,000**<br>**Filing Fee $338.00**<br>**Admin Fee $300** | **03/2024** | **$10,638.00** |
| | Email or website address<br>**bankruptcy@turnervaught.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    **RPE Contracting, Inc.**                                    Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Enterprise Rent A Car 911 Jason Blvd Myrtle Beach, SC 29577** | **Trucks** | | **$0.00** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **147 Aberdeen Drive Florence, SC 29501** | **06/2019 - 02/2024** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Debtor    **RPE Contracting, Inc.**                                    Case number *(if known)* _____

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page 6

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Websterrogers LLP**<br>**950 48th Ave N Ste 201**<br>**Myrtle Beach, SC 29577** | **For 2021 & 2022**<br>**1120 Preparation** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.  **Websterrogers LLP**<br>**950 48th Ave N Ste 201**<br>**Myrtle Beach, SC 29577** | |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **RPE Contracting, Inc.**                                    Case number *(if known)*

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Rivers | 514 S Ocean Blvd North Myrtle Beach, SC 29582 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Scott Rivers 514 S Ocean Blvd North Myrtle Beach, SC 29582 | **Salary 2023: $241,402** **Withdrawals 2024** 03/05/2024 $18,000 Health Insurance - Employees 03/07/2024 $  9,000 Reimbursement - Payroll 03/13/2024 $25,000 Reimbursement - Payroll | | |
| | **Relationship to debtor** Owner of RPE Contracting, Inc. | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Debtor | **RPE Contracting, Inc.** | Case number *(if known)* | |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 18, 2024**

**/s/ Michael Scott Rivers, President**                    **Michael Scott Rivers, President**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re   **RPE Contracting, Inc.** _____   Case No. _____

Debtor(s)                         Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 18, 2024** _____          **/s/ Jackson Turner-Vaught**
*Date*                                    **Jackson Turner-Vaught (Dist. Ct. ID #9411)**
                                          *Signature of Attorney*
                                          **Turner Vaught Bankruptcy, LLC**
                                          **9261 Highway 707**
                                          **Suite H**
                                          **Myrtle Beach, SC 29588**
                                          **(843) 839-2580   Fax: (843) 839-2570**
                                          **bankruptcy@turnervaught.com**
                                          *Name of law firm*

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re    **RPE Contracting, Inc.**                                           Case No. _____

                                            Debtor(s)        Chapter    **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)        _____ computer diskette

(b)        _____ scannable hard copy
(number of sheets submitted _____)

(c)        __X__ electronic version filed via CM/ECF

Date:    **September 18, 2024**              **/s/ Michael Scott Rivers, President**
                                            **Michael Scott Rivers, President**
                                            Signature of Debtor

                                            **/s/ Jackson Turner-Vaught**
                                            Signature of Attorney
                                            **Jackson Turner-Vaught**
                                            **Turner Vaught Bankruptcy, LLC**
                                            **9261 Highway 707**
                                            **Suite H**
                                            **Myrtle Beach, SC 29588**
                                            **(843) 839-2580**
                                            Typed/Printed Name/Address/Telephone

                                            **71162 SC**
                                            District Court I.D. Number

Software Copyright (c) 1996-2024 Best Case, LLC- www.bestcase.com

A TO Z EQUIPMENT RENTALS
5556 CAROLINA BEACH RD
WILMINGTON NC 28412


AAA FIRESTOP INC
14039 HWY 74 E STE A6278
INDIAN TRAIL NC 28079


ABM INDUSTRIES INC
105 CORPORATE DRIVE SUITE A
SPARTANBURG SC 29303


ADVANCED WATER SYSTEMS SENC, INC
6331 CAROLINA BEACH RD STE 1
WILMINGTON NC 28412


AEF CONSULTING INC
37 LIBBY AVE
HICKSVILLE NY 11801


AIRGAS NATIONAL WELDERS
1434 N CASHUA DR
FLORENCE SC 29501


AJ'S ELECTRICAL TESTING LLC DBA SOUTHERN
4522 APPLETON AVE
JACKSONVILLE FL 32210


AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265


AMERICAN STAINLESS & SUPPLY
C/O JOHN KELCHNER
PO BOX 1473
COLUMBIA SC 29202


AMERICAN STAINLESS & SUPPLY LLC
815 STATE RD
CHERAW SC 29520


AMERICAN STAINLESS LLC
815 STATE ROAD
CHERAW SC 29520

AMERIGAS PROPANE
202 3RD LOOP RD
FLORENCE SC 29505


AMERIS BANK
BALBOA CAPITAL CORP
C/O WHEELER H BRYANT
33 BULL ST STE 203
SAVANNAH GA 31401


ASC EQUIPMENT CO
5521 CANNON DRIVE STE 103
MONROE NC 28110


BALBOA CAPITAL
ATTN: BANKRUPTCY
575 ANTON BLVD STE 1080
COSTA MESA CA 92626


BATEMAN CIVIL SURVEY COMPANY, PC
2524 RELIANCE AVE
APEX NC 27539


BATTLE LP GAS CO
1735 S IRBY ST
FLORENCE SC 29505


BEACONMEDAES LLC
1059 PARAGON WAY
ROCK HILL SC 29730


BEDROCK APPRRAISAL GROUP, LLC
106 N EDISTO DR
FLORENCE SC 29501


BENEFAST INC
2633 POWELL AVE
NASHVILLE TN 37204


BFPE INTERNATIONAL
3300 US 421
WILMINGTON NC 28401

BLANCHARD MACHINERY
2334 CHESTNUT RD
LONGS SC 29568


BRADY SERVICES INC
2025 SIXTEENTH ST
GREENSBORO NC 27405


BRALLAN ALONZO
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


BRETT CROWLEY
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


BREWER EQUIPMENT CO
4611 W MARKET ST
GREENSBORO NC 27407


BRUNSWICK ELECTRIC
795 OCEAN HWY W
SUPPLY NC 28462


BUILDERS MUTUAL INSURANCE CO
5580 CENTERVIEW DR
RALEIGH NC 27606


BYZFUNDER NY LLC
C/O SEAN FOERSTER
PO BOX 100200
COLUMBIA SC 29202-3200


CAPITAL ELECTRIC
3908 WESLEY ST
MYRTLE BEACH SC 29579


CAROLINA EQUIP & HAULING
190 RALEIGH ST
WILMINGTON NC 28412

CAROLINA INSULATION CONTRACTORS
1416 FLOYD CIRCLE
FLORENCE SC 29501


CAROLINA SUPPLY HOUSE
218 2NDLOOP RD
FLORENCE SC 29505


CAROLINA SURETY BROKERS LLC
2131 WOODRUFF RD STE 2100223
GREENVILLE SC 29607


CAROLINA TRUST FCU
C/O IAN MCVEY
PO BOX 1390
COLUMBIA SC 29202-4267


CAROLINAS CONSTRUCTIONS SOLUTIONS LLC
3600 N TRYON ST
CHARLOTTE NC 28206-2057


CARRIER CORP
9701 OLD STATESVILLE RD
CHARLOTTE NC 28269


CARRIER ENTERPRISE LLC
961 MISTER JOE WHITE AVE
MYRTLE BEACH SC 29577


CATAPULT EMPLOYERS ASSOC
9140 ARROWPOINT BLVD #140
CHARLOTTE NC 28273


CESAR SARMIENTO
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


CHARLES HIPP
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770

CHEM AQUA INC
4430 WADE GREEN RD STE 180
KENNESAW GA 30144


CHESTERFIELD CLERK OF COURT
200 W MAIN ST
CHESTERFIELD SC 29709


CHRISTOPHER HUDSON
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


CITY OF MYRTLE BEACH
PO BOX 2468
MYRTLE BEACH SC 29578


COASTAL CRANE SERVICES
721 SEABOARD ST
MYRTLE BEACH SC 29577


COLLINS FIRE EXTINGUISHER
1405 S CHURCH ST
FLORENCE SC 29505


COLONIAL ELECTRIC SUPPLY CO INC
201 W CHURCH RD
KING OF PRUSSIA PA 19406


CONCRETE CORE DRILLING & SAWING
129 DURKEE LN
DALLAS NC 28034


CONNER GWYN SCHENCK PLLC
3141 JOHN HUMPHRIES WYND
SUITE 1
RALEIGH NC 27622


CONSOLIDATED ELECT DISTRIBUTOR
1217 BROUGHTON BLVD
FLORENCE SC 29501

COOPER TACIA GENERAL CONTRACTING CO
C/O IAN MCVEY
PO BOX 1473
COLUMBIA SC 29202-1473


CORE AND MAIN
3005 FRED NASH BLVD
MYRTLE BEACH SC 29577


CREGGER CO
1131 SHIRE AVE # 4
MYRTLE BEACH SC 29588


CT CORP
2 OFFICE PARK CT STE 103
COLUMBIA SC 29223


CUMINS SALES AND SERVICE
231 FARMINGTON RD
SUMMERVILLE SC 29483


DANNY CHAVIS
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


DARLINGTON CO TAX COLLECTOR
1 PUBLIC SQUARE # 207
DARLINGTON SC 29532


DARLINGTON CO TREASURER
1 PUBLIC SQUARE # 203
DARLINGTON SC 29532


DARLINGTON CO W&S
1701 HARRY BYRD HWY
DARLINGTON SC 29532


DEREK SCOTT
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770

DISTRIBUTION INTERNATIONAL
6491 DORCHESTER RD
NORTH CHARLESTON SC 29418


DM CONLON DBA DAN-KEL CONCRETE
3550 WATER TOWER ROAD
LONGS SC 29568


DUKE ENERGY PROGRESS
1755 MECHANICSVILLE RD
FLORENCE SC 29501


DWG CONSULTING LLC
1009 ANNA KNAPP BLVD # 200
MOUNT PLEASANT SC 29464


DYNAMITE SERVICES LLC
175 WESTBROOK DR # 110
HONEY BROOK PA 19344


EAST COAST POOLS, INC
PO BOX 4211
WILMINGTON NC 28406-4211


EASTERN INDUSTRIAL SUPPLIES INC
C/O WESLEY LAMBERT
201 W MCBEE AVE STE 450
GREENVILLE SC 29601


EASTERN INDUSTRIAL SUPPLIES INC
2157 ENTERPRISE DR
FLORENCE SC 29501


EATON CORP
11 CORPORATE CIRCKE
SUMTER SC 29154


ELIZABETH SHUKIS
PO BOX 3043
BOONE NC 28607


EMCOR SERVICES
158 LOTT COURT
WEST COLUMBIA SC 29169

EMJ CALIBRATION
4806 ZION RD
MULLINS SC 29574


EVERGREEN MEDIAL SERVICES
21 LOOP ROAD
ARDEN NC 28704


FASTENAL
309 RESEVIOR ST
GEORGETOWN SC 29440


FEDEX
1600 STOCKHOLDER AVE
MYRTLE BEACH SC 29577


FERGUSON ENTERPRISES LLC
1651 HWY 501
MYRTLE BEACH SC 29577-0974


FERGUSON HEATING & COOLING
1302 ENTERPRISE AVE
MYRTLE BEACH SC 29577


FIRST BANK CREDIT CARD
2170 W EVANS ST
FLORENCE SC 29501


FLORENCE COUNTY TREASURER
180 N IRBY STREET MSC-Z
FLORENCE SC 29501


FLORES & ASSOCIATES LLC
1218 SOUTH CHURCH STREET
CHARLOTTE NC 28203


FOUR LEAF CLOVER ENTERPRISES
3842 JUSTICE ROAD
FLORISSANT MO 63034-2049


FUND DIRECT
7800 MCLEOD RD
GREENSBORO NC 27409

GALLOWAY-BELL INC
20 LOWRY ROAD
GREENVILLE SC 29605


GATEWAY SUPPLY CO INC
4928 HWY 17
MYRTLE BEACH SC 29588


GG& G GARBAGE
PO BOX 844
NORTH MYRTLE BEACH SC 29597


GODWIN LIGHTING PROTECTION
120 OLD MILL RD
GREENVILLE SC 29607


GRAPHIC PRODUCTS
9825 SW SUNSHINE CT
BEAVERTON OR 97005


GREGORY POOLE EQUIPMENT
151 BACKHOE RD
LELAND NC 28451


GSW&SA
166 JACKSON BLUFF RD
CONWAY SC 29526


GUARDADOS CONSTRUCTION INC
505 MALCOLM LANE
CHARLOTTE NC 28213


GYA CONSTRUCTIONS LLC
2589 AVOCADO DRIVE
MYRTLE BEACH SC 29579


H&E EQUIP SERVICES INC
695 CENTURY CIRCLE
CONWAY SC 29526


HAHN-MASON AIR SYSTEMS INC
4115 DORCHESTER RD BLD 200
NORTH CHARLESTON SC 29405

HALL TECHNOLOGY
1234 LAKESHORE DRIVE STE 150
COPPELL TX 75019


HALL TECHNOLOGY INC
C/O JAMES HANCOCK
1735 ST JULIAN PL STE 200
COLUMBIA SC 29204


HAMLET LAW
5215 JUNCTION PARK DRIVE # 202
WILMINGTON NC 28412


HARRINGTON INDUSTRIAL PLASTICS LLC
601 EAGLETON DOWNS DR STE C
PINEVILLE NC 28134


HARRIS INTEGRATED SOLUTIONS
304 POMELL ST
WEST COLUMBIA SC 29169


HARRIS PEST CONTROL
3041 RICKS INDUSTRIAL PARK DR UNIT 3
MYRTLE BEACH SC 29588


HERC RENTALS
4805 HWY 501
MYRTLE BEACH SC 29579


HINSON & FOWLER ACE HARDWARE
312 S MAIN ST
MULLINS SC 29574


HOFFMAN BUILDING TECH
104 VANTAGE POINT DR
WEST COLUMBIA SC 29172


HONEYWELL BUILDING TECH
855 S MINT ST
CHARLOTTE NC 28202


HOPE INVESTMENTS LP
14425 PICKETT OAK RD
CENTREVILLE VA 20121-1602

HORRY COUNTY CLERK OF COURT
PO BOX 677
CONWAY SC 29528


HUB INTERNATIONAL
4331 ROBERT M GRISSOM PKWY # 201
MYRTLE BEACH SC 29577


HYMAN PAPER & CHEMICAL
3404 CORPORATION RD
DARLINGTON SC 29532


INDUSTRIAL PAVING
712 MINERAL SPRINGS RD
DARLINGTON SC 29532


INFINITY CONTRACTORS INC
7710 S RAIL RD STE 100
NORTH CHARLESTON SC 29420


INSIGHT PARTNERS
8439 PALMETTO COMMERCE PKWY STE 106
LADSON SC 29456


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


JAMES GILLIVAN
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


JASON HOFFMAN
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


JEAN MARCANO
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770

JEFFREY POSTON
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


JF ACQUISITION DBA JF PETROLEUM
6701 NORTHPARK BLVD SUITE B
CHARLOTTE NC 28216


JIMMY JOHNSON
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


JOE GUERRERO
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


JOEY FLOYD
PO BOX 61110
COLUMBIA SC 29260


JOHN BIANCHINI
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


JOHN F STROUD & SON
927 E BLVD
CHESTERFIELD SC 29709


JOHNSON CONTROLS FIRE PROTECTION
1578 DIVIDEND LOOP UNIT A
MYRTLE BEACH SC 29577


JOHNSTONE SUPPLY
2572 OSCAR JOHNSON DR
DARLINGTON SC 29540-5000


JORDAN FAULK
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770

JOSEPH AUSTIN
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


JOSEPH PENNINGTON
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


JSC SYSTEMS INC
6904 N MAIN ST
COLUMBIA SC 29203


KELLER'S LLC
6750 GORDON RD
WILMINGTON NC 28411


KEVIN DIETZMAN
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


LANDIN CAMPBELL
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


LARRY PARKER
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


LASHAWN BRANTLEY
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


LEFLER ELECTRONICS
2610 OAKVIEW DR SW
CONCORD NC 28027


LONNIE FREEMAN
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770

LOWCOUNTRY URGENT CARE
2676 US 76
MULLINS SC 29574


MANUEL CHAVARRIA
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


MARION COUNTY TREASURER
PO BOX 275
MARION SC 29571-0275


MAYER ELECTRIC SUPPLY
2547 OSCAR JOHNSON DR
NORTH CHARLESTON SC 29405


MCDONOUGH BOLYARD PECK INC
6650 RIVERS AVE
CHARLESTON SC 29406


MCLEOD HEALTH
101 WILLIAM H JOHNSON ST
FLORENCE SC 29506


MCLEOD OCCUPATIONAL HEALTH HEALTH
101 WILLIAM H JOHNSON ST
FLORENCE SC 29506


METRO GROUP
108 N SHORECREST RD STE B
COLUMBIA SC 29209


MID-ATLANTIC DRAINAGE
1124 WHITE OAK LANE
GALIVANTS FERRY SC 29544


MID-ATLANTIC TRUST CO
1251 WATERFRONT PLACE
PITTSBURGH PA 15222


MILAM EQUIPMENT
4349 NEW BERN HWY
JACKSONVILLE NC 28546

MOBILE MODULAR PORTABLE STORAGE
7138 BRY HAWKE CIRCLE
NORTH CHARLESTON SC 29418


MSS FIRE & SECURITY
705 SEABOARD ST
MYRTLE BEACH SC 29577


MURRAY SUPPLY
2509 CLEMENTS FERRY RD
CHARLESTON SC 29492


MUTUAL OF OMAHA
7301 RIVERS AVE
CHARLESTON SC 29406


NATIONAL POWER CORP
4541 PRESLYN DRIVE
RALEIGH NC 27616


NB HANDY CO
2920 HUTCHISON MCDONALD RD STE B
CHARLOTTE NC 28269


NC CHILD SUPPORT
401 S GRIFFIN ST
ELIZABETH CITY NC 27909


NC DEPT OF COMMERCE
PO BOX 25903
RALEIGH NC 27611


NCDOR
LEVY & GARNISHMENT
301 MCCOLLOUGH DR STE 300
CHARLOTTE NC 28262


NEXTGEN TECHNOLOGIES
2456 REMOUNT RD STE 310
CHARLESTON SC 29406


NORTH CAROLINA SOUND OF WILMINGTON LLC
5715 MARKET ST,
WILMINGTON NC 28405

OCCUPATIONAL HEALTH CENTERS OF THE SW PA
4910 RITTER RD
MECHANICSBURG PA 17055


OLD DOMINION INSULATION INC
12764 OAK LAKE CT
MIDLOTHIAN VA 23112


OLDCASTLE INFRASTRUCTURE
3960 CEDAR CREEK RD
FAYETTEVILLE NC 28312


PADILLAS PLUMBING
573 BENEDICT AVE
TARRYTOWN NY 10591


PATRICIA BARNES
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


PEARCE LAW GROUP
1314 PROFESSIONAL DR
MYRTLE BEACH SC 29577


PEE DEE FLEET
301 N MARQUIS ST
HARTSVILLE SC 29550


PEE DEE OFFICE SOLUTIONS
1409 MISTER JOE WHITE AVE
MYRTLE BEACH SC 29577


PEE DEE READY MIX
140 MCLAUGHLIN RD
EFFINGHAM SC 29541


PERSONAL TOUCH ANSWERING SERVICE
4603 OLEANDER DRIVE
MYRTLE BEACH SC 29577


PHOENIX METALS CO
12420 MEANS CT
CHARLOTTE NC 28278

PIPELINE SERVICES INC
2620 CLAWSON RD
FLORENCE SC 29505


PORT CITY URGENT CARE
706 COLLEGE RD
WILMINGTON NC 28403


PREMIER ELECTRICAL STAFFING
7901 STRICKLAND RD
RALEIGH NC 27615


PYE-BARKER FIRE & SAFETY
13142 ALBEMARLE RD
CHARLOTTE NC 28227


RANDALL KIRBY JR.
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


RANDY RIVERS
6574 HIGHWAY 9
CHERAW SC 29520


RESEARCH AIR FLO INC
2000 AMBLEWOOD DR
APEX NC 27523


RICHARD JAMES
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


RITZ SAFETY
2763 INTERSTATE ST
CHARLOTTE NC 28208


RIVERS PLUMBING & ELECTRIC
C/O RANDY J RIVERS
6574 HIGHWAY 9
CHERAW SC 29520

ROBERT M. SNEED
55 BEATTIE PLACE, SUITE 700
GREENVILLE SC 29601


ROBERTS OXYGEN CO INC
4100 CHESAPEAKE DR
CHARLOTTE NC 28216


ROGER ROSS
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


RONCO SPECIALIZED
3250 GREEN PARK CIRCLE
CHARLOTTE NC 28217


RPE HOLDINGS LLC
514 S OCEAN BLVD
NORTH MYRTLE BEACH SC 29582


RUSSCO NETWORKS LLC
1175 DREW DR
DARLINGTON SC 29540


SANTEE COOPER
PO BOX 188
MONCKS CORNER SC 29461-0188


SARAH GRAVELLE
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


SC COORDINATING COUNCIL FOR ECONOMIC DEV
1201 MAIN STREET, SUITE 1600
COLUMBIA SC 29201-3200


SC STATE DISBURSEMENT UNIT
PO BOX 100302
COLUMBIA SC 29202-3302


SCDEW
PO BOX 995
COLUMBIA SC 29202

SCOTT RIVERS
514 S OCEAN BLVD
NORTH MYRTLE BEACH SC 29582


SEACOAST CONCRETE CUTTING INC
1227 16TH AVE STE 166
CONWAY SC 29526


SEGRA
11215 N COMMUNITY HOUSE RD STE 1000
CHARLOTTE NC 28277


SELECTIVE INSURANCE CO OF AMERICA
1011 BOULDER SPRINGS DR STE 100
RICHMOND VA 23225-0325


SHARP BUSINESS SYSTEMS
325 N ELM ST
LUMBERTON NC 28358


SHARPE CO
230 CHARLOIS BLVD
WINSTON SALEM NC 27103


SHERIAR BOOKS
603 BRIARWOOD DR
MYRTLE BEACH SC 29572


SIDNEY DOVE
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


SMITH LEONARD PLLC
4035 PREMIER DR # 300
HIGH POINT NC 27265


SOURCE ONE SOFTWARE CONSULTING LLC
PO BOX 1395
RICHMOND VA 23218

SOUTH CAROLINA DEPARTMENT OF REVENUE
OFFICE OF THE GENERAL COUNSEL
BANKRUPTCY SECTION
300A OUTLET POINTE BLVD
COLUMBIA SC 29210-5666


SOUTHEASTERN CRANE SERVICE, LLC
3935 US-321
WEST COLUMBIA SC 29172


SOUTHERN SOUND INC
757 CROSSPOINT DR
DENVER NC 28037


SOUTHERN WELDERS SUPPLY INC
205 PRATHER PARK DR,
MYRTLE BEACH SC 29588


SOUTHLAND ELECTRICAL SUPPLY
123 E MARKET ST
BURLINGTON NC 27217


SPARTAN TEC INCORPORATED
2126 HWY 9 E STE F1
LONGS SC 29568


SPARTANBURG REGIONAL HEALTH SERVICES
101 E WOOD ST
SPARTANBURG SC 29303


SPI LLC
6000 FAIRVIEW ROAD STE 400
CHARLOTTE NC 28210


STATE ELECTRIC SUPPLY CO
4101 RAEFORD RD STE 200
FAYETTEVILLE NC 28304


STEPHEN MCKNIGHT
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770

STULZ AIR TECHNOLOGY SYSTEMS, INC
1572 TILCO DR
FREDERICK MD 21704


SUNBELT RENTALS INC
1215 N CASHUA DR
FLORENCE SC 29501


T-MOBILE BANKRUPTCY TEAM
PO BOX 53410
BELLEVUE WA 98015-3410


T3 AUTOMOTIVE LLC
2839 US-501
AYNOR SC 29511


TAB SERVICES INC
1809-F CROSS BEAM DR
CHARLOTTE NC 28217


TAF ENVIROMENTAL & INDUSTRIAL INC
3009 BEAMAN AVE
CHARLOTTE NC 28273


TAYLOR LIGHTNING PROTECTION, LLC
27921 HWY BLVD
KATY TX 77494


TERRENCE MYERS
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


THE CONWAY NATIONAL BANK
C/O DOUGLAS M. ZAYICEK
PO BOX 357
MYRTLE BEACH SC 29578-0357


THERMATECH SERVICES LLC
1413 S FRASER ST
GEORGETOWN SC 29440


TOP MECHANICAL SERVICE
1646 SC-160 STE 105 337
FORT MILL SC 29708

TPM INC
1003 LAURENS ROAD
GREENVILLE SC 29607


TRANE US INC
800 BEATY ST STE E
DAVIDSON NC 28036


TRI-TEK FIRE & SECURITY LLC
6 WOODCROSS DR
COLUMBIA SC 29212


TRIMBLE INC
10368 WESTMOOR DRIVE
BROOMFIELD CO 80021


TRS-SESCO, LLC
721A PARK CENTRE DR
KERNERSVILLE NC 27284


TRUTEAM BUILDER SERVICES GROUP, INC
C/O SARAH L DIFRANCO
301 S COLLEGE ST STE 2900
CHARLOTTE NC 28202


UNITED RENTALS (NORTH AMERICA) INC
729 JASON BLVD
MYRTLE BEACH SC 29577


VEI COMMUNICATIONS
813 N GOVERNOR WILLIAMS HWY
DARLINGTON SC 29532


VERTIV CORP
PO BOX 505000
LOUISVILLE KY 40233


VIEWPOINT BUSINESS FORMS
2321 CIRCADIAN WAY
SANTA ROSA CA 95407


VISTA SOFTWARE
1515 SE WATER AVE SUITE 300
PORTLAND OR 97214

WALL RECYCLING, LLC
520 PRISTINE WATER DR
APEX NC 27539


WASTE MANAGEMENT OF CAROLINAS INC
800 CAPITOL STE 3000
HOUSTON TX 77002


WEBSTER ROGERS LLP
950 48TH AVE N STE 200
MYRTLE BEACH SC 29577


WEX
1 HANCOCK STREET
PORTLAND ME 04101


WHITE CAP
269 E COX FERRY RD
CONWAY SC 29526


WHITE CRANE CO INC
3414 AUGUSTA RD
WEST COLUMBIA SC 29170


WILLIAM BARFIELD
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


WILLIAM EMERY
C/O HATFIELD TEMPLE LAW, LLC
PO BOX 1770
FLORENCE SC 29503-1770


WILLIAM RICHARDSON
601 19TH AVE N
MYRTLE BEACH SC 29577


WINDLE TERRY BIMBO CONSTRUCTION LAW
3020 W ARROWOOD ROAD STE 102
CHARLOTTE NC 28273


WO GRUBB STEEL
5120 ROUTE 1
RICHMOND VA 23234

# United States Bankruptcy Court
### District of South Carolina

In re  **RPE Contracting, Inc.** _____     Case No. _____

Debtor(s)                                           Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **RPE Contracting, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**September 18, 2024** _____     **/s/ Jackson Turner-Vaught** _____

Date                                                       **Jackson Turner-Vaught (Dist. Ct. ID #9411)**

Signature of Attorney or Litigant

Counsel for   **RPE Contracting, Inc.** _____

**Turner Vaught Bankruptcy, LLC**

**9261 Highway 707**
**Suite H**
**Myrtle Beach, SC 29588**
**(843) 839-2580 Fax:(843) 839-2570**
**bankruptcy@turnervaught.com**