UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>RPE Contracting, Inc.<br>514 7th Ave S<br>North Myrtle Beach, SC 29582<br>Tax ID / EIN: 62-1080823<br>fdba Rivers Plumbing & Electric, Inc<br><br>DEBTOR | CASE NO: 24-03388-jd<br><br>CHAPTER: 7<br><br>APPLICATION FOR SHORTENED MAILING LIST |
|---|---|

TO: The Honorable L Jefferson Davis IV, U.S. Bankruptcy Court Judge

Kevin Campbell, Chapter 7 Trustee for the above Debtor (hereinafter referred to as the “Trustee”), hereby applies to the Court for an Order directing notices required by Bankruptcy Rule 2002(a)(2), (3) and (6) be mailed only to those recipients who send a request to the Trustee that they receive such notices. This application is made pursuant to this Court’s equitable powers found in 11 U.S.C. §105.

The grounds for this application are that the undersigned is informed that the mailing matrix in this case contains as many as 344 mailable recipients and that the administrative costs of mailing 2002(a)(2), (3) and (6) notices to all recipients would be expensive and burdensome to the Estate and the Court. Upon belief, this initial application is not served but, if approved, the Trustee serves the notice upon the mailing matrix.

Wherefore, the Trustee is requesting authorization to create a shortened mailing matrix containing recipients who send a request to the Trustee pertaining to matters concerning Bankruptcy Rule 2002(a)(2), (3) and (6).

Respectfully submitted,

CAMPBELL LAW FIRM, P.A.

/s/ Suzanne Campbell Chisholm
Suzanne Campbell Chisholm
Attorney for the Chapter 7 Trustee
Post Office Box 684
Mt. Pleasant, S.C. 29465
(843) 884-6874/884-0997(fax)
District Court I.D. No. 5560
scampbell@campbell-law-firm.com

Mt. Pleasant, South Carolina
Date: 3/5/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>RPE Contracting, Inc.<br>fdba Rivers Plumbing & Electric, Inc<br><br>DEBTOR | CASE NO: 24-03388-jd<br><br>CHAPTER: 7<br><br>ORDER TO SHORTEN MAILING LIST |
|---|---|

This matter comes before the Court pursuant to the Application of the Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtor, to be authorized to create a shortened mailing list containing recipients who have made a request to the Trustee to receive notices on matters concerning Bankruptcy Rule 2002(a)(2), (3), and (6). Upon good cause being shown, it is

ORDERED that the Trustee shall send notice that, within fifteen (15) days from the date of the notice, the Trustee shall begin using a shortened mailing list in all instances requiring notice under Rule 2002(a)(2), (3), and (6). Thereafter, only those recipients who have requested to be noticed on the shortened mailing list shall receive notice related to these matters.

IT IS SO ORDERED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>RPE Contracting, Inc.<br>fdba Rivers Plumbing & Electric, Inc<br><br>DEBTOR | CASE NO: 24-03388-jd<br><br>CHAPTER: 7<br><br>NOTICE TO CREDITORS OF APPLICATION TO LIMIT MAILING OF NOTICES |
|---|---|

TO: ALL CREDITORS AND PARTIES IN INTEREST

The mailing matrix for the above case may contain up to 344 names and mailing notices on all matters affecting the Estate to all of these recipients will be burdensome to the Estate and the Court.

PLEASE TAKE NOTICE that the Chapter 7 Trustee for the above Debtor has applied to limit the mailing of certain notices to those recipients requesting such notices.

Only those recipients making a written request to the Trustee's Office within fifteen (15) days from the date of the notice shall remain on the shortened list for matters concerning Bankruptcy Rule 2002(a)(2), (3) and (6 ), which are as follows:

(2) proposed use, sale or lease of property other than in the ordinary course of business unless the court for cause shortens the time or directs another method of giving notices;

(3) hearing on approval of a compromise or settlement of a controversy, unless the court for cause shown directs that notice not be sent; and

(6) hearings on all applications for compensation or reimbursement of expenses totaling in excess of $1,000.00.

==========================================================================

**TO REQUEST TO BE INCLUDED ON THE SHORTENED MAILING LIST:**

**COMPLETE THE BLOCK SHOWN BELOW WITH THE RECIPIENT'S NAME AND ADDRESS AND MAIL TO: CAMPBELL LAW FIRM, POST OFFICE BOX 684, MT. PLEASANT, SC 29465**

PLEASE TYPE OR PRINT CLEARLY

________________________________
( )
( )
( )
( )
( ________________________________ )

COLUMBIA, SOUTH CAROLINA
This ____ day of ________, 2025

________________________________
Deputy Clerk of Court
1100 Laurel Street, Columbia SC 29201