UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 24-03388-jd |
|---|---|
| RPE Contracting, Inc.<br>fdba Rivers Plumbing & Electric, Inc | CHAPTER: 7 |
| DEBTOR | CONSENT ORDER |

THIS MATTER comes before this Court upon the consents of the Chapter 7 Trustee and the Creditor below to resolve the treatment of a claim filed by the Creditor.

The Creditor timely filed a proof of claim. The Trustee and Creditor have agreed that the Creditor's claim should be changed. I find that this matter is properly before this Court and, based upon the consents below, it is, therefore

ORDERED, that the Creditor's claim shall be changed as follows:

| CLAIM NO. | NAME OF CLAIMANT | FILED DATE/ AMOUNT/ STATUS | AMOUNT ALLOWED/ ALLOWED STATUS |
|---|---|---|---|
| 33 | Carolina Trust Credit Union | Filed 1/14/25 $3,142,233.68 Secured | Creditor has a lien on Debtor's accounts receivable. Creditor has allowed the Trustee to collect accounts receivable on behalf of the Estate. Trustee will pay Creditor ten percent (10%) of accounts receivable collected to be paid when the Trustee makes distributions through his final report (subject to Court approval). Creditor does not have a secured interest in Estate proceeds; the remaining balance of the claim will be allowed as a general unsecured claim. |

IT IS ORDERED

I CONSENT:

 /s/ Suzanne Campbell Chisholm
Attorney for the Trustee
Post Office Box 684, Mount Pleasant, SC 29465-0684
(843) 884-6874 / 884-0997 (fax)
scampbell@campbell-law-firm.com
District Court ID No. 10274

I CONSENT:

 /s/ Ian D McVey
Attorney for Creditor
PO Box 1473, Columbia, SC 29202
803-227-4267 | Fax 803-400-1564
imcvey@turnerpadget.com