UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO. 24-03388-jd |
| RPE Contracting, Inc.<br>fdba Rivers Plumbing & Electric, Inc | CHAPTER 7 |
| DEBTOR | Notice of Objection to Proof of Claim |

TO:   Claimant as shown on the attached Certificate of Mailing:

KEVIN CAMPBELL, Trustee, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one** in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to eliminate or change your claim, then within <u>30 days</u> of service of this notice, you or your lawyer must:

File with the court a written response to the objection, explaining your position, at:

1100 Laurel Street, Columbia, SC 29201

Responses filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to: KEVIN CAMPBELL, TRUSTEE, Post Office Box 684, Mt. Pleasant, SC 29465

Attend the hearing on the objection, scheduled to be heard on June 10, 2026 at 10:00 a.m. at the United States Bankruptcy Court, King and Queen Building, 145 King Street, Room 225, Charleston, SC 29401.

If no response is timely filed and served, no hearing will be held on this objection, except at the direction of the judge.  If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order granting that relief prior to the scheduled hearing date, if determined to be appropriate.

/s/ Kevin Campbell
Kevin Campbell, Trustee
District Court Id. No. 30.
P. O. Box 684
Mount Pleasant, SC 29465-0684
Tel.  No. (843) 884-6874
Fax No.  (843) 884-0997
E-Mail: kcampbell@campbell-law-firm.com

DATE: 4/30/2026

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

IN RE:

RPE Contracting, Inc.
514 7th Ave S
North Myrtle Beach, SC 29582
Tax ID / EIN: 62-1080823
fdba Rivers Plumbing & Electric, Inc
DEBTOR

CASE NO. 24-03388-jd

CHAPTER 7

Trustee's Objection to Proof of Claim

Kevin Campbell, Chapter 7 Trustee in the above-captioned case, hereby files his recommendation to following claim as filed in this case:

| Claim No. | Date Filed | Name of Claimant | Amount and Filed Status | Reason for Objection and/or Recommended Treatment of Claim |
|---|---|---|---|---|
| 82 | 02/03/2025 | Harco National Insurance Company | $6,587,992.00 Secured | ALLOW THIS CLAIM AS SECURED BUT CLAIMANT WILL NOT RECEIVE A DISTRIBUTION FROM THIS BANKRUPTCY ESTATE BECAUSE THE TRUSTEE HAS NOT ADMINISTERED THE CLAIMANT'S COLLATERAL AND THE CLAIMANT HAS NOT OTHERWISE ASSERTED A DEFICIENCY. |

 /s/ Kevin Campbell
Kevin Campbell, Trustee
District Court Id. No. 30.
P. O. Box 684
Mount Pleasant, SC 29465-0684
Tel.  No. (843) 884-6874
Fax No.  (843) 884-0997
E-Mail:  kcampbell@campbell-law-firm.com

DATE: 4/30/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

RPE Contracting, Inc.
514 7th Ave S
North Myrtle Beach, SC 29582
Tax ID / EIN: 62-1080823
fdba Rivers Plumbing & Electric, Inc
DEBTOR

CASE NO. 24-03388-jd

CHAPTER 7

Certificate of Service

I, Suzanne Campbell Chisholm, attorney for Kevin Campbell, Chapter 7 Trustee, hereby certify that I have this day mailed a true and correct copy of the Notice and Objection to Claim, properly addressed and proper postage affixed, to the parties listed below:

Harco National Insurance Company
1201 Demonbreun Street, Suite 900
Nashville, TN 37203

Jarrod Wayne Stone
Manier & Herod, A Tennessee Professional Corp
1201 Demonbreun Street, Suite 900
Nashville, TN 37203

The Office of the United States Trustee and Debtor's attorney were served electronically.

   /s/ Suzanne Campbell Chisholm
Suzanne Campbell Chisholm
Attorney for Chapter 7 Trustee
P. O. Box 684
Mount Pleasant, SC 29465
Tel. No. (843) 884-6874
Fax No.  (843) 884-0997
Scampbell@campbell-law-firm.com

Date: 4/30/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO. 24-03388-jd |
|---|---|
| RPE Contracting, Inc.<br>fdba Rivers Plumbing & Electric, Inc | CHAPTER 7 |
| DEBTOR | Order Approving Trustee's Objection to<br>Proof of Claim |

Upon the Chapter 7 Trustee in the above-captioned case having filed an objection to a claim against the Estate, and having served notice of the objection to the Claimant named, giving the Claimant an opportunity to respond or request a hearing, and no response or request for hearing having been filed, it is

ORDERED that the status of the following claim be CHANGED as follows:

| Claim No. | Date Filed | Name of Claimant | Amount and Filed Status | Reason for Objection and/or Recommended Treatment of Claim |
|---|---|---|---|---|
| 82 | 02/03/2025 | Harco National Insurance Company | $6,587,992.00 Secured | CLAIM ALLOWED AS SECURED BUT CLAIMANT WILL NOT RECEIVE A DISTRIBUTION FROM THIS BANKRUPTCY ESTATE BECAUSE THE TRUSTEE HAS NOT ADMINISTERED THE CLAIMANT'S COLLATERAL AND THE CLAIMANT HAS NOT OTHERWISE ASSERTED A DEFICIENCY. |

IT IS SO ORDERED